# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| _____ | |
| Robert Taylor,<br><br>        Plaintiff,<br><br>v.<br><br>Becton Dickinson and Company, et al.,<br><br>        Defendants. | CV-25-0080-PHX-DGC<br><br>**ORDER RE: DISMISSAL** |

    Pending before the Court is Stipulation of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. 2870, MDL No. 3081.

    **IT IS ORDERED** that the above-entitled action is dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

    Dated this 20th day of March, 2025.

*David G. Campbell*
David G. Campbell
Senior United States District Judge

1